ORIGINAL   cc: JAO/KJM/TT

RECEIVED BY OVERNIGHT FILING

# In the United States' Federal District Court Of Hawaii

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
SEP 26 2019
at 11 o'clock and 53 min. A M
SUE BEITIA, CLERK

## Orighoye Dennis Iyonsi, Petitioner

v.

## Hawaii

## Honolulu Police Department

*THE STATE OF HAWAI'I FEDERAL DISTRICT CIRCUIT COURT*

*SECOND AMENDED COMPLAINT*

*Case ID: CV19 00429 JAO KJM*

## QUESTIONS PRESENTED

1. Whether traversing the sidewalk of a park heading towards the exit is deemed a ticketing or an arrest-able offense.
2. Whether in compliance of the quotable laws of the United States of America and its constitution under Honolulu laws should warrant a forceful and or brutality by the arresting officers.
3. Whether the arresting officers and/or officer is granted judgeship rights and/or clerkship rights in a deliberation and/or argument against said perpetrators in a law court.

## TABLE OF CONTENTS

                                                                                                                                                **Page [s]**

Interest of the United States.................................................................................................. [06]

    1.   Motion to Compel.................................................................................................. [07]

Statement............................................................................................................................... [07]

    1.   Incident Report ..................................................................................................... [07]

    2.   Court Arraignment and Report............................................................................ [08]

Conclusion.............................................................................................................................. [09]

## TABLE OF AUTHORITIES

Page [s]

**Hawaiian Constitution of the United States:**

Public Parks and Recreational Activities

Article 1 ................................................................................................ [06]

Chapter 10 ..................................................................................... [06]

Section 10-1.2 item (a) (12) ................................................... [06]

**Constitution of the United States of America:**

Civil rights

Title 42 section 14141 .............................................................. [07, 08]

Title 18

Section 241 ..................................................................... [09]

Section 242 ..................................................................... [09]

Section 245 ..................................................................... [07]

# In the United States' Federal District Court Of Hawaii

Orighoye Dennis Iyonsi, Petitioner

v.

Hawaii

Honolulu Police Department

*THE STATE OF HAWAI'I FEDERAL DISTRICT CIRCUIT COURT*

*SECOND AMENDED COMPLAINT*

*Case ID: CV19 00429 JAO KJM*

## INTEREST OF HAWAII AND THE UNITED STATES OF AMERICA

This case partakes to the regulatory effectiveness of closed-open spaces and its rendition thereof. If closed and without barricades or gates, and with a path to traverse from point A to point B, is it a violation of said laws if the sidewalk, a path is a traverse point? An example would be a mall structure, closed for business but a point across points or any closed-open structure for the matter. Also, the point of contention in a park, an open-closed domain is only closed due to activities being held within the domain and as a result, a provision of park permits to dissolve the closed format i.e. timed availability but that is beside the point. The main issue with this is the resulting arrest of the laws put in place; a traverse of the park and in compliance with the laws as an arrest was issued with hands put forward in observance of said laws according to section 10-1.2 item (a) (12) of the Rules, Regulations, Charges and Fees For Public Parks and Recreational Activities under Chapter 10 Article 1 under Honolulu Hawaii laws which states "Enter or remain in any public park during the night hours that the park is closed, provided that signs are posted indicating the hours that the park is closed, except that a person may traverse a public beach park using the most direct route during park closure hours for the purpose of reaching the shoreline" with the police officers on duty at the time wrestling me to the ground with punching and kicking involved while in compliance of the arrest issued. The other point of contention with the arrest, subsequent time in jail – placed in an isolation cell – and arraignment on the arrest is the inclusion of the instigating police officer featuring as the judge/clerk in deliberation of the case.

**MOTION TO COMPEL**

This case violates the dichotomy imposed on a governmental structure with the position of the judicial branch, Executive branch and the legislative branch of governance with the imposition of a police officer serving as the judge/clerk to which he/she was involved in as stated in title 18, section 245 subsection 2b which states "Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with – subpart 1D – serving , or attending upon any court in connection with possible service ." Also, an arrest issuance and subsequent treatment in a legal traverse of a park and observance of its laws which is a violation of title 42 section 14141 of the United States Constitution.

**STATEMENT**

**INCIDENT REPORT**

On the 19th of May 2019, I was walking on the side walk of the Ala Moana State park heading towards the exit of the park when I was approached by cops on duty with them stating to me that the park was closed to which I acknowledged and stated I was heading to towards the exit and me walking on the side walk isn't a violation of the laws put in place to regulate closures according to Article 1 Chapter 10 section 10-1.2 item (a) (12) of the Public Parks and Recreational Activities of the Hawaiian constitution. The cops for the arrest, Officer Watanabe, Officer Pugoyo et.al; asked for an identification to which I obliged and stated he was going to place me under arrest to which I asked what for and he responded saying I was in violation of park laws I.e. walking along the side walk of the state park and I responded with here are my hands for hand cuffs by stretching my hands out for the arrest with me highlighting I wasn't in violation of the law which violates Title 18 section 245 subsection 5

which states "any citizen because he is or has been, or in order to intimidate such citizen or any other citizen from lawfully aiding or encouraging other persons to participate, without discrimination on account of race, color, religion or national origin, in any of the benefits or activities described in subparagraphs (1)(A) through (1)(E) or subparagraphs (2)(A) through (2)(F), or participating lawfully in speech or peaceful assembly opposing any denial of the opportunity to so participate" He then stated for me to put down my bags I was carrying and I said I would like my bags on me for the arrest which isn't a dismissal of the arrest issued with compliance already followed. Following this incident, I was then attacked by Officer Watanabe and the two other male cops that were present with him attempting to wrestle me to the ground with punches and knees to my rib region and legs on the way to the ground and on the ground with the female cop on duty joining in later. With cuffs on and without Miranda rights issued – a violation of Title 42 USC; section 14141 which states it as being unlawful "for any governmental authority, or agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States", as I was placed in a cop car and taken to the Honolulu jail and placed in an isolation cell till the 22nd of May 2019; after my court arraignment and pleading no contest to be out of jail with false arrest an issue, excessive force/brutality also an issue, discriminatory and unlawful arrest while on the park side walk; which is a violation of my rights with my participation in lawful speech and peaceful assembly with peaceful assembly stated as shall not mean the aiding, abetting, or inciting of other persons to riot or to commit any act of physical violence upon any individual or against any real or personal property" – which the cops violated with their act of violence or force imposition to the arrest with a lawful speech and in peaceful assembly between I and the officers.

**COURT ARRAIGNMENT AND REPORT**

On the court arraignment day, the 22nd of May 2019, I was transferred to a holding cell where I was in wait to see the State's appointed lawyer on my case Mrs. Jamie C. Akano. In meeting with her, she highlighted the possible scenarios in plead and with me stating to her what had happened during the arrest and that I wanted to be out of jail and pleading no contest to the arrest in order to be out of jail seemed fitting. We saw the Judge and I was released from jail on the 22nd of May 2019. Upon exit, I looked through the court documents I received and noticed that the arresting officer's name Officer Watanabe was also the name stated as the clerk/judge for the case as well to which I made known in contact to the state appointed lawyer on my case Mrs. Jamie C. Akano via email on the 23rd of May 2019 at 9:54 am HST; a subversion of the Judicial and legislative with the Cop an executive highlighting conspiracy and superior respondeat – In violation of Title 18 section 241 and Title 18 section 242 which makes it "unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States"– going further to state that for two or more persons to go into disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of rights so secured; with section 242 respectively highlighting "crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S" In his deliberate imposition in a court of law as a clerk/judge.

## CLAIMS

As with the adjudication of laws and its subsequent enforcement, implying a violation thereof, statutes and its violations are assigned claims in regards, and are subject to the courts on discretionary assignment of deliberation.

**CONCLUSION**

Respectfully submitted,

Name: Orighoye Dennis Iyonsi

Signature: [signature]

Email: Orighoye.dennis@gmail.com

Date: September 26th 2019.